FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 02 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AREK AMZALLAG, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

NATIONAL ENTERPRISE SYSTEMS, INC.,

    Defendant.

Case No. 1:18-cv-00133-WFK-JO

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         August 2, 2018

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen PLLC
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Dan@dccohen.com
*Attorney for Plaintiff*

By: /s/ Deborah Isaacson
Deborah Isaacson, Esq
Rivkin Radler LLP
477 Madison Avenue, 20th Fl
New York, NY 10022
Tel: (212)4559549
Deborah.Isaacson@rivkin.com
*Attorney for Defendant*

The application is ✓ granted. ___ denied.
SO ORDERED

s/ WFK II
William F. Kuntz, II, U.S.D.J.
Dated: August 2, 2018
Brooklyn, New York